ABBO V WIRELESS TOYZ FRANCHISE, LLC, No. 149536; Court of Appeals No. 304185. Leave to appeal denied at 498 Mich 929.